

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00391-CV

IN RE ERICK ANDIKA                                                    RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's "Petition For Writ of Mandamus to Correct an Illegal Sentence" and is of the opinion that relief should be denied.[2] Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL: WALKER, DAUPHINOT, and MCCOY, JJ.

---

[1]See Tex. R. App. P. 47.4, 52.8(d).

[2]Our denial of mandamus relief does not preclude relator from seeking relief on his claim of an illegal sentence through a properly-raised article 11.07 writ of habeas corpus. See Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2013); see also Ex parte Rich, 194 S.W.3d 508, 511 (Tex. Crim. App. 2006) ("We have long held that a claim of an illegal sentence is cognizable on a writ of habeas corpus.").

DELIVERED:  November 12, 2013